**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**JOSIF BYKHOVSKY**
**10234 North Trillium Road**
**Mequon, Wisconsin 53092,**

**ALLA BYKHOVSKY**
**10234 North Trillium Road**
**Mequon, Wisconsin 53092,**

      **Plaintiffs,**

v.                                             **Case No:10-C-2356**

**EAG CAPITAL HOLDINGS, INC.**
**3100 Dundee Road, Suite 107**
**Northbrook, Illinois 60062,**

**GARY FISHKIN**
**577 Waukegan Road**
**Northbrook, Illinois 60062,**

**EDWARD RENKO**
**3925 Triumvera Drive, Apt. 8D**
**Glenview IL 60025, and**

**ALEX FIELD**
**577 Waukegan Road**
**Northbrook, Illinois 60062,**

      **Defendants.**

## COMPLAINT

**NOW COME** the plaintiffs, Josif and Alla Bykhovsky, husband and wife, by their attorneys, Machulak, Robertson & Sodos, S.C., by Attorney Eugene Bykhovsky and file this Complaint against the defendants, EAG Capital Holdings, Inc., Gary Fishkin, Edward Renko and Alex Field. As grounds for their Complaint, the plaintiffs state as follows:

**JURISDICTION AND VENUE**

1

1. This Court has jurisdiction pursuant to 28 U.S.C. §1332. The amount at controversy exceeds $75,000.00, exclusive of interest and costs.

2. Venue is appropriate in this judicial district under 28 U.S.C. §1391(a).

## PARTIES

3. The plaintiffs, Josif and Alla Bykhovsky, husband and wife, are adult residents of the State of Wisconsin. The plaintiffs have never been citizens of the State of Illinois.

4. The defendant, EAG Capital Holdings, Inc., is a corporation formed under the Illinois laws. Its principal place of business is located in Northbrook, Illinois. At all times relevant to this Complaint, the defendant, EAG Capital Holdings, Inc., was a real estate holdings and investment company.

5. The defendant, Gary Fishkin, is an adult resident of the State of Illinois.

6. The defendant, Edward Renko, is an adult resident of the State of Illinois.

7. The defendant, Alex Field, is an adult resident of the State of Illinois.

## INTRODUCTION

8. The plaintiffs bring this action to recover losses they have incurred as a result of the defendant, EAG Capital Holdings, Inc.'s breach of a Promissory Note dated August 7, 2006, which was personally guaranteed by defendants, Gary Fishkin, Edward Renko and Alex Field. These losses, together with interest thereupon, exceed $440,000.00.

## FACTS COMMON TO ALL COUNTS

9. On or about August 7, 2006, EAG Capital Holdings, Inc. borrowed $250,000.00 from Josif and Alla Bykhovsky. In consideration for said loan, defendant, EAG Capital Holdings, Inc., executed a Promissory Note in favor of Josif and Alla Bykhovsky. Said Promissory Note provided that the principle amount of $250,000.00 would be repaid to Josif and Alla Bykhovsky on or before August 7, 2008, together with interest at the rate of 17% per annum, compounded annually.

10. As an added consideration for the above described loan, defendants, Fishkin, Renko and Field, executed Personal Guarantees, personally guaranteeing defendant, EAG Capital Holdings, Inc.'s obligations under the Promissory Note.

11. A true and accurate copy of the Promissory Note and Personal Guarantee are attached hereto as Exhibits "A" and "B" respectively.

12. The plaintiffs agreed to loan the $250,000.00 to EAG Capital Holdings, Inc. based on the representations of defendant, Gary Fishkin, who is one of the principals of EAG Capital Holdings, Inc., that EAG was commencing a development project in Northbrook, Illinois, known as The Center of the North Shore and that the development project was adequately financed through the Marshall Bank First, so as to allow the development to proceed.

13. On or about September 10, 2008, the plaintiffs and defendants executed an Agreement whereby the maturity date provided for in the Promissory Note of August 7, 2008 was extended from August 7, 2008 to March 7, 2009. A true and correct copy of the extension Agreement is attached hereto as Exhibit "C".

14. Plaintiffs entered into the extension agreement attached hereto as Exhibit "C" based on the representation of defendant Fishkin that The Center of the North Shore development project was on schedule and was proceeding in accordance with the original plans.

15. Defendant, EAG Capital Holdings, Inc., failed to repay the amounts due under the Promissory Note dated August 7, 2006, as modified by the extension agreement dated September 10, 2008, and the full principle amount, together with all interest accrued thereupon is now due and owing.

16. Defendant, EAG Capital Holdings, Inc.'s failure to repay the amounts owed under the Promissory Note by March 7, 2009 constitutes a default under the provisions of the Promissory Note. On March 8, 2010, the plaintiffs, by their attorney, notified EAG Capital Holdings, Inc. and defendants, Fishkin, Renko and Field, that EAG's failure to repay the principle amount borrowed under the Promissory Note, together with accrued interest, constitutes a default and demanded prompt payment of all amounts owed under the Promissory Note.

17. A true and accurate copy of the plaintiffs' notice of default to the defendants is attached hereto as Exhibit "D".

## COUNT ONE: BREACH OF PROMISSORY NOTE

The plaintiffs incorporate the allegations in paragraphs 1 through 17 above, and further allege as follows:

18. Defendant, EAG Capital Holdings, Inc., has failed to repay the amounts owed under the Promissory Note, and is thereby in default.

19. As a direct result of defendant EAG Capital Holdings, Inc.'s breach of the Promissory Note, the plaintiffs have been injured, and have suffered financial losses in access of $440,000.

20. By virtue of the Personal Guarantee executed by defendants, Fishkin, Renko and Field, in favor of the plaintiffs, defendants, Fishkin, Renko and Field, are individually liable, jointly and severally, for all obligations of defendant, EAG Capital Holdings, Inc., under the Promissory Note.

## COUNT TWO: INTENTIONAL MISREPRESENTATION
## AGAINST THE DEFENDANT GARY FISHKIN

The plaintiffs incorporate the allegations in paragraphs 1 through 20 above, and further allege as follows:

21. The plaintiffs relied on the representations of defendant, Gary Fishkin, in agreeing to lend $250,000.00 to EAG Capital Holdings, Inc, and in agreeing to extend the maturity date of the promissory.

22. Upon plaintiffs' information and belief, defendant, Gary Fishkin, misrepresented facts regarding the funding available for The Center of the North Shore development project at the time that he solicited the loan from the plaintiffs.

23. The plaintiffs relied on defendant, Fishkin's misrepresentations to their detriment.

24. The defendant, Fishkin, knew or should have known at the time that he made his representations to the plaintiffs, that defendant, EAG Capital Holdings, Inc., did not have sufficient funding to proceed with the development project otherwise known as The Center of the North Shore, and that the success of said development was highly questionable.

25. The defendant, Fishkin, obtained a financial benefit as a result of the funds received by EAG Capital Holdings, Inc. from the plaintiffs.

26. As a result of defendant Fishkin's misrepresentations, the plaintiffs have been injured and sustained financial losses.

**WHEREFORE**, the plaintiffs, Josif and Alla Bykhovsky, demand judgment against the defendants, EAG Capital Holdings, Inc., Gary Fishkin, Edward Renko and Alex Field, jointly and severally, in an amount to be determined at trial, but which is currently in excess of $440,000.00, plus costs and expenses, including attorney's fees; and on Count Two of plaintiffs' Complaint, the plaintiffs demand judgment against the defendant, Gary Fishkin, in an amount to be determined at

trial, but which is currently in excess of $440,000.00, plus costs and expenses, punitive damages, and reasonable attorney's fees.

Dated in Milwaukee, Wisconsin this 16th day of April, 2010.

Respectfully Submitted by:

MACHULAK, ROBERTSON & SODOS, S.C.


*/s/ Eugene Bykhovsky*
Eugene Bykhovsky, Attorney for the Plaintiffs
Wisconsin State Bar No. 1046111

**Post Office Address:**
1733 North Farwell Avenue
Milwaukee, Wisconsin 53202
(414) 271-0760
eugene@lawmessage.com