UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

JOSIF AND ALLA BYKHOVSKY,

        Plaintiffs,

v.                                              Case No:   10-CV-02356

EAG CAPITAL HOLDINGS, INC.,
GARY FISHKIN, EDWARD RENKO,
and ALEX FIELD,

        Defendants.

---

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AGAINST DEFENDANT EAG CAPITAL HOLDINGS, INC.

---

TO:    Noel Ansley, Esq.
        P.O. Box 1725
        Chicago, Illinois 60690-1725

**PLEASE TAKE NOTICE** that the plaintiffs, by their attorney, moves the Court, the Honorable George W. Lindberg presiding, for judgment against the defendant EAG Capital Holdings, Inc., upon the parties' Stipulation to Judgment.

Dated this 26th day of October, 2010.

                                      MACHULAK, ROBERTSON & SODOS, S.C.
                                      Attorneys for the Plaintiffs


                                          */s/ Eugene Bykhovsky*
                                      Eugene Bykhovsky
                                      State Bar No. 1046111

**Post Office Address:**
1733 North Farwell Avenue
Milwaukee, Wisconsin 53202
(414) 271-0760