# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Josif Bykhovsky, et al.

                        Plaintiff,

v.                                                     Case No.: 1:10–cv–02356
                                                            Honorable George W. Lindberg

EAG Capital Holdings Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 15, 2010:

      MINUTE entry before Honorable George W. Lindberg: Plaintiffs' motion to stay the proceedings with respect to defendants Gary Fishkin, Alexander Field and Ed Renko is granted. It is hereby ordered that the plaintiffs, Josif and Alla Bykhovsky, take judgment against the defendant, EAG Capital Holdings, Inc., in the amount of $440,000.00. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.