UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

JOSIF AND ALLA BYKHOVSKY,

            **Plaintiffs,**

v.                                          Case No:   10-CV-02356

EAG CAPITAL HOLDINGS, INC.,
GARY FISHKIN, EDWARD RENKO,
and ALEX FIELD,

            **Defendants.**

---

**PLAINTIFFS' MOTION FOR JUDGMENT
AGAINST DEFENDANTS GARY FISHKIN and ALEX FIELD**

---

      **NOW COME THE PLAINTIFFS**, by their attorney Eugene Bykhovsky, and move the Court, the Honorable George W. Lindberg presiding, for judgment against the defendants Gary Fishkin and Alex Field, upon the parties' Stipulation to Judgment. The grounds for this motion are fully set forth in the accompanying Affidavit of Attorney Eugene Bykhovsky.

      Dated this 22nd day of November, 2011.

                                            MACHULAK, ROBERTSON & SODOS, S.C.
                                            Attorneys for the Plaintiffs

                                            */s/ Eugene Bykhovsky*
                                            Eugene Bykhovsky
                                            State Bar No. 1046111

**Post Office Address:**
1733 North Farwell Avenue
Milwaukee, Wisconsin  53202
(414) 271-0760